IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY D. WHITELOW ) <br> 327 Janet Drive ) <br> Centralia, IL 62801 ) <br> ) <br>      Plaintiff, ) <br> ) <br> v. ) <br> **)** <br> ILLINOIS CENTRAL RAILROAD ) <br> COMPANY, d/b/a CANADIAN ) <br> NATIONAL/ILLINOIS CENTRAL ) <br> RAILROAD (CN/IC) ) <br> ) <br> SERVE: CT Corporation ) <br>     Registered Agent ) <br>     208 S. LaSalle St., Suite 814 ) <br>     Chicago, IL 60604-1101 ) | Cause No.: <br><br> Judge: |

## **COMPLAINT**

## **COUNT I**

NOW COMES the plaintiff, Gregory D. Whitelow, by his attorneys, Holland, Groves & Schneller, L.L.C., and for Count I of his causes of action against the defendant, Illinois Central Railroad Company, d/b/a Canadian National/Illinois Central Railroad (CN/IC), a corporation, alleges as follows:

  1. That this action is being brought against the defendant, Illinois Central Railroad Company, d/b/a Canadian National/Illinois Central Railroad (CN/IC), a corporation, pursuant to the provisions of the Federal Employers' Liability Act, Title 45 U.S. Code, Section 51, et seq.

  2. That at all times hereinafter mentioned, the defendant, Illinois Central Railroad Company, d/b/a Canadian National/Illinois Central Railroad (CN/IC), a corporation, was a common carrier in interstate transportation and commerce by railroad.

3.     The defendant, Illinois Central Railroad Company, d/b/a Canadian National/Illinois Central Railroad (CN/IC), a corporation, was involved in business throughout the Southern District of Illinois, and did have tracks in the Southern District of Illinois.

4.     Upon information and belief, defendant, Illinois Central Railroad Company, d/b/a Canadian National/Illinois Central Railroad (CN/IC), a corporation, is the successor-in-interest and/or successor-in-liability to Illinois Central Railroad.

5.     At all times pertinent hereto, the plaintiff, Gregory D. Whitelow, was employed by the defendant, Illinois Central Railroad Company, d/b/a Canadian National/Illinois Central Railroad (CN/IC), a corporation, as a car man, and was engaged by the defendant, Illinois Central Railroad Company, d/b/a Canadian National/Illinois Central Railroad (CN/IC), a corporation, in the furtherance of its business interests and movement of freight in interstate and foreign commerce within the meaning of the Federal Employers' Liability Act, 45 U.S.C. § 51 et seq.

6.     At all times relevant herein, the plaintiff, Gregory D. Whitelow, resided at 327 Janet Drive, Centralia, IL 62801, Marion County, Illinois, within the Southern District of Illinois.

7.     This Court has proper jurisdiction as established pursuant to 45 U.S.C. §56.

8.     At all times pertinent hereto, the property, equipment, materials and operations involved in the injuries sustained by the plaintiff, Gregory D. Whitelow, were owned by the defendant, Illinois Central Railroad Company, d/b/a Canadian National/Illinois Central Railroad (CN/IC), a corporation, and/or was under the direct and exclusive control of the defendant, Illinois Central Railroad Company, d/b/a Canadian

National/Illinois Central Railroad (CN/IC), a corporation, its servants, agents and/or employees.

9.  Throughout the performance of his duties and while employed by the defendant, the plaintiff was required to work with equipment which had excessive vibration and which did not provide appropriate support to his arms, elbows, and hands which caused injury to his arms, elbows, and hands requiring medical attention.  Plaintiff, Gregory D. Whitelow's, work duties as described above subjected him to a series of traumas, better known as "cumulative trauma" or "repetitive trauma," to his arms, elbows, and hands, and the discs, blood vessels, ligaments, and adjacent structures.

10. Plaintiff states that his injuries and damages resulted in whole or in part from the negligent acts or omissions of the defendant in one or more of the following particulars:

   a)  Defendant failed to provide plaintiff with a reasonably safe place to work; or

   b)  Defendant failed to provide reasonably safe conditions for work; or

   c)  Defendant failed to provide reasonably safe methods of work; or

   d)  Defendant failed to enact a comprehensive ergonomics program.

11. As a result, in whole or in part, of the aforementioned conduct of the defendant, the plaintiff was caused to suffer the following serious, painful, and permanent injuries, to-wit: Plaintiff suffered injuries to his arms, elbows, and hands, among other things; Plaintiff suffered and will continue to suffer pain and mental anguish; Plaintiff was caused to undergo medical treatment, tests, therapy and will require future medical treatment; Plaintiff has lost wages, fringe benefits and will in the future lose further such wages and fringe benefits and/or loss of earning capacity; Plaintiff has expended or

obligated himself for necessary and reasonable medical expenses and hospital care and will in the future be caused to expend further such sums for medical treatment and, possibly, surgery. Plaintiff has suffered pain and suffering and will in the future have pain and suffering as a result of defendant's negligence. Plaintiff's ability to work, labor, and enjoy the normal pursuits of life has been impaired and lessened all to plaintiff's damage.

WHEREFORE the plaintiff, Gregory D. Whitelow, prays for a money judgment in his favor and against the defendant, Illinois Central Railroad Company, d/b/a Canadian National/Illinois Central Railroad (CN/IC), a corporation, for an amount in excess of Seventy Five Thousand Dollars ($75,000), together with the costs and the disbursements of this action and for any further relief this Court deems appropriate.

DATED:     September 29, 2006

s/Gerard B. Schneller
GERARD B. SCHNELLER - 6205863
HOLLAND, GROVES & SCHNELLER
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Attorneys for Plaintiffs