IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY D. WHITELOW,           ) | |
|                                ) | |
|         Plaintiff,             ) | |
|                                ) | |
|    vs.                         ) | NO. 06-cv-00746-JPG-DGW |
|                                ) | |
| ILLINOIS CENTRAL RAILROAD      ) | |
| COMPANY d/b/a Canadian National/ ) | |
| Illinois Central Railroad (CN/IC), ) | |
|                                ) | |
|         Defendant.             ) | |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   August 17, 2007

NORBERT JAWORSKI, CLERK

s/Brenda K. Lowe
**Deputy Clerk**

APPROVED: s/ J. Phil Gilbert
U. S. DISTRICT JUDGE